ACCEPTED
06-15-00136-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 11:02:14 AM
DEBBIE AUTREY
CLERK

## No. 06-15-00136-CR

| | | |
|---|---|---|
| **BRONCHEA GERAD WALKER** | § | **IN THE SIXTH** |
| | § | |
| **v.** | § | **COURT OF APPEALS** |
| | § | |
| **THE STATE OF TEXAS** | § | **TEXARKANA, TEXAS** |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
12/18/2015 11:02:14 AM
DEBBIE AUTREY
Clerk

### SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

COMES NOW Bronchea Gerad Walker, Appellant in the above-styled and numbered cause, and makes and files this Second Unopposed Motion for an Extension of Time to file the Appellant's Brief, and in support thereof shows the Court as follows:

### I.

The trial court imposed sentence on June 25, 2015. The reporter's record was filed on September 8, 2015. The clerk's record was filed on October 23, 2015. One previous extension has been granted, making the current deadline December 23, 2015. Appellant requests an additional 21 days to file the appellant's brief, extending the deadline until January 13, 2016.

## II.

Appellant needs additional time to file the appellant's brief because other trial and appellate matters have prevented counsel from preparing the brief in this case.

Counsel has recently prepared and filed: (1) a PDR in the Court of Criminal Appeals on December 17, 2015 from cause no. 03-13-00803-CR, Stewart v. State from the Austin Court of Appeals; (2) a PDR in the Court of Criminal Appeals on December 7, 2015 in cause no. PD-1594-15, Smith v. State; (3) a PDR in the Court of Criminal Appeals on December 1, 2015 in cause no. PD-1548-15, Reid v. State; (4) a PDR in the Court of Criminal Appeals on December 1, 2015 in cause no. PD-1550-15, Anderson v. State; and (5) a response to a post-conviction habeas application (as attorney pro tem for the State) in the 54th District Court of McLennan County in cause no. 2011-1921-C2A, Ex parte Felan, on November 24, 2015.

Counsel recently prepared for and participated in oral argument before this Court on December 9, 2015 in cause no. 06-15-00086-CV, In re Tyndell.

Counsel just finished a three and one-half day jury trial in cause no. 2014-2176-3, In the Interest of Z.X.W., a Child, in the 74th District Court of McLennan County on December 17, 2015.

Counsel has another appellant's brief due on December 21, 2015 in cause no. 10-15-00276-CR, Patterson v. State, in the Waco Court of Appeals, for which two previous extensions have been granted.

In addition, counsel has numerous other case settings, hearings and appellate deadlines in the upcoming weeks.

## III.

Appellant's counsel has conferred with counsel for the State, and the State DOES NOT oppose this motion.

WHEREFORE, PREMISES CONSIDERED, Appellant requests that the Court grant a 21-day extension for the filing of the appellant's brief and such other and further relief to which he may show himself justly entitled.

Respectfully submitted,


　　/s/ *Alan Bennett*
E. Alan Bennett
Counsel for Appellant
SBOT #02140700

Sheehy, Lovelace & Mayfield, P.C.
510 N. Valley Mills Dr., Ste. 500
Waco, TX 76710
Telephone:　　　(254) 772-8022
Fax:　　　　　　(254) 772-9297
Email:　　　abennett@slmpc.com


**Certificate of Service**

The undersigned hereby certifies that a true and correct copy of this

document has been served by email on December 18, 2015 to counsel for the

State, Sterling Harmon, at sterling.harmon@co.mclennan.tx.us.


　　/s/ *Alan Bennett*
E. Alan Bennett